# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2019

## NO. 03-18-00346-CV

**Ken Paxton, Attorney General of the State of Texas, Appellant**

**v.**

**David A. Escamilla, Travis County Attorney, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on April 25, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.